IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA OKEKE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| LNL HOME SERVICES, LLC, | : | No. 21-4705 |
| *Defendant* | : | |

## ORDER

AND NOW, this 4th day of April, 2022, upon consideration of Defendant LNL Home Services, LLC's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 7) and Plaintiff Linda Okeke's Response in Opposition (Doc. No. 8), it is **ORDERED** that

1. LNL's Motion (Doc. No. 7) is **DENIED**; and

2. LNL must **ANSWER** or **OTHERWISE RESPOND** to Ms. Okeke's complaint within 21 days of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge