IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA OKEKE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| LNL HOME SERVICES, LLC, | : | No. 21-4705 |
| *Defendant* | : | |

## ORDER

AND NOW, this 5th day of March 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 27), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 33), Plaintiff's Response to Defendant's Statement of Material Facts (Doc. No. 34), Defendant's Reply Supporting Motion for Summary Judgment (Doc. No. 37), Plaintiff's Second Supplement (Doc. No. 43), and the oral argument on Defendant's Motion for Summary Judgment held on July 14, 2023, for the reasons explained in the accompanying memorandum, Defendant's Motion for Summary Judgment (Doc. No. 27) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE